UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LYONS MEDICAL P.C., INSTAR MEDICAL P.C., STAR MEDICAL IMAGING P.C., MAJESTIC MEDICAL IMAGING P.C., ROYAL MEDICAL IMAGING P.C., MEDICAL MRI P.C., JOHN S. LYONS, M.D. a/k/a JACK LYONS, M.D., ERIC FELDMANN, M.D., JEFFREY BYRNE, ANTHONY DEGRADI, GARY MULLAKANDOV, MGM VENTURES INC, AND JAVS VENTURES INC.,<br><br>Defendants. | C.A. No. 1:23-cv-08045-NGG-SJB |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company, and Allstate Property & Casualty Insurance Company (collectively "Allstate") hereby dismiss Defendants Eric Feldmann, M.D. and Instar Medical P.C. from this action, with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

KING, TILDEN, MCETTRICK & BRINK, P.C.

/s/ *Michael W. Whitcher*

Michael W. Whitcher (MW7455)
mwhitcher@ktmpc.com
100 Ring Road W, Suite 211
Garden City, NY 11530
Ph: (347) 710-0050

Attorneys for the Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Fire & Casualty Insurance Company, and*
*Allstate Property & Casualty Insurance Company*

Dated: February 1, 2024

**So Ordered.**

s/NICHOLAS G. GARAUFIS
Hon. Nicholas G. Garaufis
Date: 2/4/24

2