

KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Michael W. Whitcher**
Shareholder
Admitted in Massachusetts, Michigan, and New York
mwhitcher@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
**TEL** 617.770.2214   **FAX** 617.774.1714

February 15, 2024

<u>**VIA ECF ONLY**</u>
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   *Allstate Insurance Company et al v. Lyons Medical P.C. et al*
       Civil Action No.: 1:23-cv-08045-NGG-SJB (E.D.N.Y.)

Dear Magistrate Judge Bulsara:

    Our firm represents Plaintiffs Allstate Insurance Company and its affiliates ("Allstate") in this action. We are pleased to report that Allstate has reached an agreement in principle with Defendant Anthony DeGradi ("DeGradi") to resolve this action. Allstate and DeGradi are presently working on a written settlement agreement, and they will file a stipulation of dismissal as to DeGradi when completed.

    In light of the agreement, Allstate respectfully requests that all deadlines be adjourned as to DeGradi, including the February 16, 2024 deadline for DeGradi's motion to file a late answer. Counsel for DeGradi consents to this request. The pending settlement agreement involves only DeGradi, so the requested adjournment does not impact the other defendants or any existing scheduling order deadlines.

    Thank you for your time and consideration.

    Respectfully submitted,

    */s/ Michael W. Whitcher*

    Michael W. Whitcher

cc:   Counsel of record (via ECF only)