UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> LYONS MEDICAL P.C., INSTAR MEDICAL P.C., STAR MEDICAL IMAGING P.C., MAJESTIC MEDICAL IMAGING P.C., ROYAL MEDICAL IMAGING P.C., MEDICAL MRI P.C.,H JOHN S. LYONS, M.D. a/k/a JACK LYONS, M.D., ERIC FELDMANN, M.D., JEFFREY BYRNE, ANTHONY DEGRADI, GARY MULLAKANDOV, MGM VENTURES INC, AND JAVS VENTURES INC., <br><br> Defendants. | C.A. No. 1:23-cv-08045-NGG-SJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendant Anthony DeGradi, through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Anthony DeGradi, with prejudice and without cost to any party.

1

Respectfully Submitted,

| Plaintiffs, | Defendant, |
|---|---|
| *Allstate Insurance Company,* | *Anthony DeGradi,* |
| *Allstate Property & Casualty Insurance Company* | |
| *Allstate Indemnity Company, and* | |
| *Allstate Fire & Casualty Insurance Company,* | |

By Their Attorneys:                                           By His Attorney:

*/s/ Michael W. Whitcher*                                   */s/ Benjamin Max Pinczewski*
_____                          _____
Nathan A. Tilden (NT0571)                               Benjamin Max Pinczewski
Michael W. Whitcher (MW7455)                        Pinczewski & Shpelfogel, P.C
Caitlin F. Keresey (CK3994)                              2753 Coney Island Ave, 2nd Floor
King, Tilden, McEttrick & Brink, P.C.                Brooklyn, NY 11235
100 Ring Road, Suite 211                                  718-891-8200
Garden City, NY 11530                                     bmp@psattorney.com
(347) 710-0050
ntilden@ktmpc.com
mwhitcher@ktmpc.com
ckeresey@ktmpc.com

Dated:  March 12, 2024                                     Dated:  March 12, 2024

SO ORDERED:

Dated:         Brooklyn, New York                              _____
               _____, 2024                                Garaufis, J.
                                                                 United States District Judge

2