UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LYONS MEDICAL P.C., INSTAR MEDICAL P.C., STAR MEDICAL IMAGING P.C., MAJESTIC MEDICAL IMAGING P.C., ROYAL MEDICAL IMAGING P.C., MEDICAL MRI P.C.,H JOHN S. LYONS, M.D. a/k/a JACK LYONS, M.D., ERIC FELDMANN, M.D., JEFFREY BYRNE, ANTHONY DEGRADI, GARY MULLAKANDOV, MGM VENTURES INC, AND JAVS VENTURES INC.,<br><br>Defendants. | C.A. No. 1:23-cv-08045-NGG-SJB |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendant Anthony DeGradi, through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Anthony DeGradi, with prejudice and without cost to any party.

1

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Property & Casualty Insurance Company*<br>*Allstate Indemnity Company, and*<br>*Allstate Fire & Casualty Insurance Company,* | Defendant,<br>*Anthony DeGradi,* |
| By Their Attorneys: | By His Attorney: |
| /s/ Michael W. Whitcher | /s/ Benjamin Max Pinczewski |
| Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>Caitlin F. Keresey (CK3994)<br>King, Tilden, McEttrick & Brink, P.C.<br>100 Ring Road, Suite 211<br>Garden City, NY 11530<br>(347) 710-0050<br>ntilden@ktmpc.com<br>mwhitcher@ktmpc.com<br>ckeresey@ktmpc.com | Benjamin Max Pinczewski<br>Pinczewski & Shpelfogel, P.C<br>2753 Coney Island Ave, 2nd Floor<br>Brooklyn, NY 11235<br>718-891-8200<br>bmp@psattorney.com |
| Dated: March 12, 2024 | Dated: March 12, 2024 |

SO ORDERED:

Dated: Brooklyn, New York
    3/13, 2024

s/Nicholas G. Garaufis
Garaufis, J.
United States District Judge

2