UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> LYONS MEDICAL P.C., INSTAR MEDICAL P.C., STAR MEDICAL IMAGING P.C., MAJESTIC MEDICAL IMAGING P.C., ROYAL MEDICAL IMAGING P.C., MEDICAL MRI P.C.,H JOHN S. LYONS, M.D. a/k/a JACK LYONS, M.D., ERIC FELDMANN, M.D., JEFFREY BYRNE, ANTHONY DEGRADI, GARY MULLAKANDOV, MGM VENTURES INC, AND JAVS VENTURES INC., <br><br> Defendants. | C.A. No. 1:23-cv-08045-NGG-SJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Jeffrey Byrne and Javs Ventures Inc., through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Defendants Jeffrey Byrne and Javs Ventures Inc. only, with prejudice and without cost to any party.

1

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Property & Casualty Insurance Company*<br>*Allstate Indemnity Company, and*<br>*Allstate Fire & Casualty Insurance Company,* | Defendants,<br>*Jeffrey Byrne and Javs Ventures Inc.,* |
| By Their Attorneys: | By Their Attorney: |
| /s/ *Michael W. Whitcher* | /s/ *Stephen A. Strauss* |
| Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>Caitlin F. Keresey (CK3994)<br>King, Tilden, McEttrick & Brink, P.C.<br>100 Ring Road, Suite 211<br>Garden City, NY 11530<br>(347) 710-0050<br>ntilden@ktmpc.com<br>mwhitcher@ktmpc.com<br>ckeresey@ktmpc.com | Stephen A. Strauss<br>Law Office of Stephen A. Strauss, P.C.<br>329 New York Avenue, 2nd Floor<br>Huntington, NY 11743<br>(631) 760-1300 (phone)<br>saslawnyc@aol.com |
| Dated: April 3, 2024 | Dated: April 3, 2024 |

SO ORDERED:

Dated: Brooklyn, New York
_April 4_, 2024

s/Nicholas G. Garaufis
_____
Garaufis, J.
United States District Judge

2