UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br>Plaintiffs, <br><br>vs. <br><br>LYONS MEDICAL P.C., INSTAR MEDICAL P.C., STAR MEDICAL IMAGING P.C., MAJESTIC MEDICAL IMAGING P.C., ROYAL MEDICAL IMAGING P.C., MEDICAL MRI P.C., JOHN S. LYONS, M.D. a/k/a JACK LYONS, M.D., ERIC FELDMANN, M.D., JEFFREY BYRNE, ANTHONY DEGRADI, GARY MULLAKANDOV, MGM VENTURES INC, AND JAVS VENTURES INC., <br><br>Defendants. | C.A. No. 1:23-cv-08045-NGG-SJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants John S. Lyons, M.D., Lyons Medical, P.C., Star Medical Imaging, P.C., Majestic Medical Imaging, P.C., Royal Medical Imaging, P.C., Medical MRI, P.C., Gary Mullakandov, and MGM Ventures Inc., through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be

1

dismissed as to Defendants John S. Lyons, M.D., Lyons Medical, P.C., Star Medical Imaging, P.C., Majestic Medical Imaging, P.C., Royal Medical Imaging, P.C., Medical MRI, P.C., Gary Mullakandov, and MGM Ventures Inc., with prejudice and without cost to any party.

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs, | Defendants, |
| *Allstate Insurance Company,* | *John S. Lyons, M.D., Lyons Medical, P.C., Star Medical Imaging, P.C., Majestic Medical Imaging, P.C., Royal Medical Imaging, P.C., Medical MRI, P.C., Gary Mullakandov, and MGM Ventures Inc.,* |
| *Allstate Property & Casualty Insurance Company* | |
| *Allstate Indemnity Company, and* | |
| *Allstate Fire & Casualty Insurance Company,* | |
| By Their Attorneys: | By Their Attorneys: |
| */s/ Michael W. Whitcher* | */s/ Robert E.B. Hewitt, III* |
| Nathan A. Tilden (NT0571) | Matthew J. Conroy |
| Michael W. Whitcher (MW7455) | Robert E. B. Hewitt, III |
| Caitlin F. Keresey (CK3994) | Schwartz, Conroy & Hack, PC |
| King, Tilden, McEttrick & Brink, P.C. | 666 Old Country Road Suite 900 |
| 100 Ring Road, Suite 211 | Garden City, NY 11530 |
| Garden City, NY 11530 | (516) 745-1122 (phone) |
| (347) 710-0050 | mjc@schlawpc.com |
| ntilden@ktmpc.com | reh@schlawpc.com |
| mwhitcher@ktmpc.com | |
| ckeresey@ktmpc.com | |
| Dated: April 3, 2024 | Dated: April 3, 2024 |

SO ORDERED:

Dated: Brooklyn, New York
April 4, 2024

s/Nicholas G. Garaufis
Garaufis, J.
United States District Judge